IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELIJAH JACKSON, JR.,**

    **Plaintiff,**

v.                                             **CASE NO. 4:13-cv-651-MW/CAS**

**MICHAEL D. CREWS, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 35, filed June 6, 2014.  This Court has also reviewed *de novo* Plaintiff's objections, along with his amended objections and second amended objections. ECF Nos. 36, 37, and 38.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion over Plaintiff's objections.  The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 34, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because Plaintiff has abused the judicial process."  The Clerk shall note on the docket that

1

this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).   The Clerk shall close the file.

**SO ORDERED on June 30, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**