IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELIJAH JACKSON,**

      **Plaintiff,**

v.                                   **CASE NO. 4:13cv651-MW/CAS**

**MICHAEL D. CREWS. et al.,**

      **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

    This Court has considered the Magistrate's Report and Recommendation, ECF No.47, filed August 5, 2014, and has also reviewed *de novo* Defendants' objections to the report and recommendation, ECF No.50, filed August 15, 2014. Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Defendants' objections, as this Court's opinion with clarification. This Court does not condone Plaintiff's conduct in this case. With that said, contrary to Defendants' assertion, there are deterrents; namely, the three-strike rule. Moreover, this Court is not, as Defendants suggest, denying all costs. Rather, this Court is denying "a" cost; namely, the cost of removal. Defendants seek the cost associated with removal – a

1

discretionary cost incurred only because Defendants elected to remove this case to federal court.

Defendant's motion to tax costs, ECF No. 41, is **DENIED**.  Plaintiff's motion to strike Defendant's motion, ECF No. 43, is **DENIED**.

**SO ORDERED on August 22, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**